IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DIRECTV, INC.                                                                                              PLAINTIFF

vs.                                           CASE NO. **2:03CV00077GH**

RICKEY STEWARD
and CASSIE JOHNSON                                                                            DEFENDANT

## DEFAULT JUDGMENT AS TO CASSIE JOHNSON

On May 23, 2003, plaintiff filed this action seeking damages and injunctive relief against defendants for the assembly, distribution, possession and use of illegitimate devices primarily designed to gain unauthorized access to its satellite communications signals in violation of 47 U.S.C. § 605 (the "Communications Act")  and 18 U.S.C. § 2511 (the "Surreptitious Interception Act") and state law.   Defendant Cassie Johnson ("Johnson") was served with the complaint and summons on September 9, 2003.  Johnson failed to answer or otherwise respond to the complaint. The Court granted plaintiff's motion for default on October 13, 2004, and stated that a hearing to determine damages would be scheduled by separate order.  Plaintiff has provided an affidavit in support of the damages sought by plaintiff and the Court finds that a hearing is unnecessary.

Plaintiff asks that it be awarded statutory damages in the amount of $10,000.00, plus costs in the amount of $120.50 and attorney's fees in the amount of $250.00.  It further asks that Johnson be permanently enjoined from committing or assisting in the commission of any violation of 47 U.S.C. § 605 or 18 U.S.C. §  2511. The Court finds and concludes that plaintiff is entitled to such relief.

IT IS THEREFORE CONSIDERED AND ORDERED that Judgment be entered in favor of plaintiff and against Johnson  for statutory damages in the amount of $10,000.00, its costs in the amount of $120.50, and attorney's fees in the amount of $250.00, for a total of $10,370.50 together

with post-judgment interest.

Defendant, Cassie Johnson, is hereby permanently enjoined from committing any violation of 47 U.S.C. § 605 or 18 U.S.C. § 2511 or aiding or assisting others in such commissions.

IT IS FURTHER ORDERED that the complaint be, and it is hereby dismissed, in its entirety.

DATED THIS 12th day of September, 2006.

*George Howard, Jr.*

_____
UNITED STATES DISTRICT JUDGE